**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

In RE:  Case No. 14-36107
   ALEKSEY DURKOT

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

| FROM: | TO: |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 440 S. LASALLE STREET | 3000 Kellway Dr. |
| SUITE 2000 | Ste 150 |
| CHICAGO, IL 60605 | Carrollton, TX 75006 |

Dated: 08/23/2017   /s/ Padma Vaghela

                                          Creditor's Authorized Agent for Fay Servicing LLC